IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BRANDT | : | CIVIL ACTION |
| v. | : : : | NO. 17-3871 |
| NANCY A. BERRYHILL | : | |

# ORDER

**AND NOW**, this 28th day of February 2018, upon considering Plaintiff's Petition for Review (ECF Doc. No. 3) and Brief (ECF Doc. No. 10), the Commissioner's Response (ECF Doc. No. 11), Plaintiff's Reply (ECF Doc. No. 14) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for Review (ECF Doc. No. 3) is **DENIED** and the Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.